# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** | 24-3978

**Case Name** | In Re: Subpoena of Internet subscribers of Cox Communications, LL⊞

**Counsel submitting this form** | Kerry S. Culpepper

**Represented party/parties** | Capstone Studios Corp.

*Briefly describe the dispute that gave rise to this lawsuit.*

Subscribers of the Internet Service Provider CoxCom LLC ("Cox") shared pirated copies of copyright protected movies of Appellant Capstone Studios Corp. (and non-Appellants Voltage Holdings, LLC and Millennium Funding, Inc.) from IP addresses provided by Cox.

Appellant Capstone Studios Corp. (along with non-Appellants) caused to be issued a subpoena under 17 USC §512(h) to identify the Cox subscribers.

One of the subscribers file an anonymous motion to quash the subpoena based upon a desire to protect his/her anonymity.

Note that Voltage Holdings, LLC, and Millennium Funding, Inc. are not Appellants.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** | *Rev. 09/01/22*

*Briefly describe the result below and the main issues on appeal.*

A magistrate judge issued a finding and recommendation that the subpoena be quashed as invalid for failing to satisfy the the notice requirement of § 512(c)(3)(A)(iii).  The district judge issued orders adopting the magistrate judge's finding and recommendation, denying Petitioners' motion for reconsideration, striking a declaration submitted with Petitioners' motion for reconsideration, and denying Petitioners motion to supplement the record.

The main issues on appeal are:

(i) whether an ISP's IP addresses that link others to online locations where its subscribers distribute pirated copies of movies to others are information location tools per 17 USC §512(d);
(ii) whether an ISP can disable access to infringing material/activity being shared from IP addresses by its subscribers per 17 USC §512(c)(3)(iii); and
(iii) whether a notice requesting an ISP to provide identifying information about the offer of the material claimed to be infringing is a valid notice per 17 USC § 512(c)(3)(iii).

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

No proceedings remaining below or related proceedings.

**Signature** s/ Kerry S. Culpepper   **Date** July 2, 2024

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**                                                                                                                        *Rev. 09/01/22*

2