No. 24-3978

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

IN RE: SUBPOENA OF INTERNET
SUBSCRIBERS OF COX
COMMUNICATIONS, LLC AND
COXCOM LLC

CAPSTONE STUDIOS CORP.,

                Petitioner-Appellant,

MILLENNIUM FUNDING, INC.,
VOLTAGE HOLDINGS, LLC,

                Petitioners,

        v.

COXCOM LLC,

                Respondent-Appellee.

**RESPONDENT-APPELLEE COXCOM LLC'S MOTION FOR A
60-DAY EXTENSION OF TIME TO FILE ANSWERING BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26(b) and Ninth Circuit Rule 31-2.2(b), Respondent-Appellee CoxCom LLC ("CoxCom") respectfully moves for a 60-day extension of time, from October 11, 2024, to and including December 10, 2024, to file its answering brief.

This is CoxCom's first request for an extension of time. Petitioner-Appellant Capstone Studios Corp.'s ("Capstone") counsel has indicated that it does not oppose an extension of 30 days, but opposes the extension requested.

Good cause exists to grant the requested extension. As detailed in the accompanying declaration, counsel has an extraordinary number of competing deadlines in other matters in the coming weeks. In addition, counsel was not engaged for and did not handle this matter before the district court. Counsel requires time to confer with CoxCom and come up to speed on the dispute, which involves various complex legal and technical questions. Counsel requires additional time despite ongoing diligent work on this matter.

In light of these above circumstances, explained in further detail in the attached declaration, CoxCom respectfully requests that this Court grant the motion for a 60-day extension of time to file its answering brief.

October 1, 2024                              Respectfully submitted,

                                             /s/ Christopher J. Cariello
Abigail Colella                              Christopher J. Cariello
ORRICK, HERRINGTON &                         ORRICK, HERRINGTON &
    SUTCLIFFE LLP                                SUTCLIFFE LLP
2100 Pennsylvania Avenue, NW                 51 West 52nd Street
Washington, DC  20037                        New York, NY  10019
                                             (212) 506-5000

            *Counsel for Respondent-Appellee CoxCom LLC*

3

No. 24-3978

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

IN RE: SUBPOENA OF INTERNET
SUBSCRIBERS OF COX
COMMUNICATIONS, LLC AND
COXCOM LLC

CAPSTONE STUDIOS CORP.,

                    Petitioner-Appellant,

MILLENNIUM FUNDING, INC.,
VOLTAGE HOLDINGS, LLC,

                    Petitioners,

                v.

COXCOM LLC,

                    Respondent-Appellee.

## DECLARATION OF CHRISTOPHER J. CARIELLO IN SUPPORT OF MOTION FOR A 60-DAY EXTENSION OF TIME TO FILE ANSWERING BRIEF

I, Christopher J. Cariello, declare and state as follows:

1.     I am an attorney at law admitted to practice before this

Court.  I am counsel for Respondent-Appellee CoxCom LLC ("CoxCom")

1

in this matter.  This declaration is submitted in support of CoxCom's motion for an extension of time to file its answering brief.  I have personal knowledge of the matters set forth below, and, if called upon, could and would testify competently thereto.

2. Petitioner-Appellant Capstone Studios Corp. ("Capstone") appeals from the district court's order entered April 26, 2024.

3. On May 8, 2024, Capstone requested a 30-day extension of its deadline to file a notice of appeal, to and including June 25, 2024. The district court granted that request the same day.

4. Capstone's opening brief was originally due August 12, 2024.

5. On July 2, 2024, Capstone filed a streamlined request for a 30-day extension of time to file its opening brief, to and including September 11, 2024.  The streamlined request was granted that same day.

6. Capstone submitted its opening brief for filing on September 10, 2024.

7. CoxCom's answering brief is currently due on October 11, 2024.

8.   CoxCom seeks a 60-day extension to, and including, December 10, 2024, to file its answering brief.

9.   The requested extension is warranted due to ongoing obligations in multiple matters.  The following deadlines have prevented or will prevent me and my team from devoting attention to this matter: Objections to Magistrate Judge's Order in *Warner Records, Inc. v. Altice USA Inc.*, No. 2:23-cv-00576-JRG-RSP (E.D. Tex.), due September 30; Opposition to Motion for Leave to File Appeal in *Massoumi v. Ganju*, Mot. No. 2024-640 (N.Y. Ct. App.), due October 4; Oral Argument in *United States v. Sullivan*, 23-927 (9th Cir.), on October 8; Motion to Dismiss in *The Center for Investigative Reporting, Inc. v. OpenAI, Inc.*, No. 1:24-cv-04872-SHS (S.D.N.Y), due October 15; Brief in Opposition to Petition for Appeal in *Appian Corp. v. Pegasystems Inc.*, No. 240736 (Va. S. Ct.), due October 21; Brief in Opposition to Certiorari in *Sony Music Entertainment v. Cox Communications*, No. 24-181 (S. Ct.), due October 21; Response Brief in *Alter v. OpenAI Inc.*, No. 24-1016 (2d Cir.), *Authors Guild v. OpenAI Inc.*, No. 24-1007 (2d Cir.), *Basbanes v. Microsoft Corp.*, No. 24-1014 (2d Cir.), and *The New York Times Co. v. Microsoft Corp.*, No. 24-1021 (2d

3

Cir.), due October 25; Reply in Support of Petition for Certiorari, *Cox Communications, Inc. v. Sony Music Entertainment*, No. 24-171 (S. Ct.), due November 4; Reply Brief in *Smart Apparel v. Nordstrom*, No. 24-2269 (9th Cir.), due November 14.

10.    In addition, I am scheduled to attend a projected two-week trial in *SWT Unregulated Properties, Inc. v. AT&T Inc.*, No. 7:19-cv-00269 (S.D. Tex.), beginning November 4.

11.    My firm was not counsel for CoxCom during the litigation in the district court. We have been retained as lead counsel on the appeal. As a result, we require time to confer with the client and study the issues and record underlying the dispute.

12.    The issues in this case are complex and numerous. Capstone's approximately 80 page brief raises several issues, including (a) whether the Digital Millenium Copyright Act permits the issuance of a subpoena against an Internet service provider acting as a mere conduit under 17 U.S.C. § 512(a); (b) whether an Internet service provider acting as a mere conduit under § 512(a) may also fall within the auspices of § 512(d) for "referring or linking users to an online location" by merely providing users with IP addresses; (c) whether the

4

district court properly exercised its discretion in allowing CoxCom to oppose the subpoena at issue in this case; (d) whether CoxCom has standing to oppose the subpoena at issue in this case; and (e) whether the district court abused its discretion in striking the David Cox declaration.

13. CoxCom has exercised diligence in litigating this case and will file its answering brief by the requested date of December 10, 2024.

14. Capstone, through its counsel, has indicated that it does not oppose an extension of 30 days, but opposes the requested extension.

15. The court reporter is not in default with regard to any designated transcripts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 1, 2024.

5

Respectfully submitted,

/s/ Christopher J. Cariello

Christopher J. Cariello
ORRICK, HERRINGTON &
   SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
(212) 506-5000

*Counsel for Respondent-Appellee
CoxCom LLC*