Case No. 24-3978

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

IN RE: SUBPOENA OF INTERNET SUBSCRIBERS TO COX COMMUNICATIONS, LLC AND COXCOM LLC

CAPSTONE STUDIOS CORP.

*Petitioner and Appellant,*

*vs.*

COXCOM LLC

*Respondent and Appellee.*

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII
NO. 1:23-cv-00426 JMS-WRP
THE HONORABLE J. MICHAEL SEABRIGHT

**REPLY IN SUPPORT OF MOTION PICTURE ASSOCIATION, INC. AND RECORDING INDUSTRY ASSOCIATION OF AMERICA'S MOTION FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT AS *AMICI CURIAE* IN SUPPORT OF NEITHER PARTY**

MUNGER, TOLLES & OLSON LLP

Kelly M. Klaus
kelly.klaus@mto.com
Shannon Aminirad
shannon.aminirad@mto.com
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
(415) 512-4000

Rose Leda Ehler
rose.ehler@mto.com
Oliver L. Brown
oliver.brown@mto.com
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
(213) 683-9100

Attorneys for *Amici Curiae*

CoxCom LLC's ("Cox") response to the motion of the Motion Picture Association, Inc. and Recording Industry Association of America ("Amici") for leave to participate in oral argument does not raise any reason to deny Amici's request.

*First*, Cox takes no position on Amici's request to participate in oral argument. Response at 2. Cox claims that "this case turns entirely on a straightforward question of statutory interpretation that two circuits, the district court, and now the parties have addressed at length"—apparently referring to its section 512(a) arguments. *Id.* But Cox does not limit its arguments in this case to that issue. Its answering brief spends over ten pages advocating for its interpretation of section 512(d), which is the issue on which Amici wish to be heard at oral argument. *See* Answering Br. at 46–56.

*Second*, Cox asks the Court to either take any time allocated to Amici from Petitioner, or to allocate Cox additional time for argument. Response at 2. Amici defer to the Court's preference. Amici filed in support of neither party, and what matters for Amici is that they be able to address the potentially unintended consequences of a section 512(d) ruling, beyond the effect on the parties immediately involved in the appeal.

Amici respectfully request that the Court grant their request to participate in oral argument.

DATED: April 30, 2025     MUNGER, TOLLES & OLSON LLP

By: ____*/s/ Rose Leda Ehler*____
  Rose Leda Ehler

Attorneys for *Amici Curiae*

## **CERTIFICATE OF COMPLIANCE**

This motion contains 218 words, including 0 words manually counted in any visual images, and excluding the items exempted by FRAP 32(f). The motion's type size and typeface comply with FRAP 32(a)(5) and (6). I certify that this brief complies with the word limit of FRAP 27(d)(2)(A).

DATED: April 30, 2025            MUNGER, TOLLES & OLSON LLP


By:  */s/ Rose Leda Ehler*
     Rose Leda Ehler

Attorneys for *Amici Curiae*