

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 28 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CAPSTONE STUDIOS CORP.; et al., | No. 24-3978 |
| | D.C. No. 1:23-cv-00426-JMS-WRP |
| Petitioners - Appellants, | District of Hawaii, Honolulu |
| | ORDER |
| v. | |
| COXCOM LLC, | |
| Respondent - Appellee. | |

The amicus brief submitted by Electronic Frontier Foundation is filed.

No paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT